UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| TAYLOR RAYMOND CRANE *et al.*, | |
| Plaintiffs, | |
| v. | CAUSE NO. 1:20-CV-240 DRL-SLC |
| CITY OF FORT WAYNE, | |
| Defendant. | |

## ORDER

Taylor Raymond Crane and the other plaintiffs filed a motion to dismiss their claims for injunctive and declaratory relief, with the damages action to remain. Because this isn't a proposed dismissal of the entire action, Rule 41(a) doesn't apply. *See Taylor v. Brown*, 787 F.3d 851, 857-58 (7th Cir. 2015). Rule 15 instead authorizes a pleading's amendment that drops singular parties or claims, *id.* at 858, and the court should freely give leave when justice so requires.

As written, the rule could prove terribly inefficient for counsel and clients if they were required to file an amended complaint, thereby triggering a new answer, just to perform the simple task of removing a claim or party that everyone agrees has turned out immaterial to the suit, not least forgetting the longstanding tradition of pursuing this relief in many federal courts facilely under Rule 41(a). So the court deems this amendment (by deletion rather than interlineation) effectuated through this order without need to file amended pleadings.

The court GRANTS the motion [ECF 48] and DISMISSES the claims for injunctive and declaratory relief, all by way of this amendment instanter. The case remains pending as to the damages action.

SO ORDERED.

December 2, 2021                              *s/ Damon R. Leichty*
                                              Judge, United States District Court